## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **LUIS CESAR VASQUEZ-RODRIGUEZ,** <br>     **Petitioner,** | § <br> § <br> § | |
| **v.** | § <br> § | **EP-26-CV-01315-DB** |
| **MARKWAYNE MULLIN,** *et al.*, <br>     **Respondents.** | § <br> § <br> § <br> § | |

### FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On May 29, 2026, the parties filed a "Joint Status Report," ECF No. 7, advising no more matters before the court to resolve. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **1st** day of **June 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**